IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NYKA O'CONNOR,
    Petitioner,

vs.                                    Case No.: 3:06cv86/RV/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## **O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 8, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

       Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

       **DONE AND ORDERED** this 6th day of June, 2006.

                                               /s/ *Roger Vinson*
                                             **ROGER VINSON**
                                             **SENIOR UNITED STATES DISTRICT JUDGE**